No. 93–9549. GRADO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–9550. JONES v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 93–9551. COFIELD v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA. C. A. 11th Cir. Certiorari denied.

No. 93–9552. RIVERA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–9554. MERAZ-PERU v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–9555. MITCHELL v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 93–9556. OLIVA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–9557. REAVES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–9558. MEO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–9559. ROBERTSON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 93–9561. RIVERA v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 93–9562. BRYSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–9563. GIVENS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–9565. ALVAREZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–9566. CARTER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.